**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01347-CR

**RICHARD BIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 11CL-0993-2**

## ORDER

The Court **GRANTS** the State's May 26, 2013 motion for extension of time to file the

State's brief.

We **ORDER** the Clerk of the Court to file the State's brief as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE